IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, ex rel. NEW
MEXICO SOCIETY FOR ACUPUNCTURE
AND ASIAN MEDICINE,

    Plaintiff,

v.                                                Cause No. 1:17-cv-00250 JCH/SMV

KINETACORE HOLDINGS, LLC, EDO
ZYLSTRA, KERI MAYWHORT, JOHN
AND JANE DOES,

    Defendants,

and

KINETACORE HOLDINGS, LLC,

    Counter-Plaintiff,

v.

STATE OF NEW MEXICO, ex rel. NEW
MEXICO SOCIETY FOR ACUPUNCTURE
AND ASIAN MEDICINE,

    Counter-Defendants.

## ORDER GRANTING UNOPPOSED MOTION
## TO PERMIT WITHDRAWAL AND SUBSTITUTION OF COUNSEL

This matter comes before the Court on an Unopposed Motion to Permit Withdrawal and Substitution of Counsel ("Motion") [doc. 78]. The Court, having reviewed the Motion, the Court file, and being otherwise fully advised, finds the Motion is well-taken and should be granted.

It is, therefore, ordered, that Holland & Hart LLP (John C. Anderson & Julia Broggi) is withdrawn as counsel and YLAW, P.C. (Sean E. Garrett) shall enter its appearance on behalf of

Defendant and Counter-Plaintiff Kinetacore Holdings, LLC and Defendants Edo Zylstra and Keri Maywhort.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

YLAW, P.C.

/s/ Sean E. Garrett
Sean E. Garrett
4908 Alameda Blvd NE
Albuquerque, NM  87113-1736
(505) 266-3995
sgarrett@ylawfirm.com
*Attorney for Defendants*


APPROVED BY:

Montgomery & Andrews, P.A.

***Approved via email on March 5, 2018***

Deborah E. Mann
100 Sun Ave NE Ste 410
Albuquerque NM 87109
(505) 884-4200
dmann@montand.com
-and-
Brent Foster
1767 12th St Ste 248
Hood River OR 97031
(541) 380-1334
foster.brent@ymail.com
*Attorneys for Plaintiff*

Wheeler Trigg O'Donnell LLP

*Approved via email on March 6, 2018*

───────────────────────────
Kathryn A. Reilly
370 17th St Ste 4500
Denver CO 80202
(303) 244-1800
reilly@wtotrial.com
-and-
Tinnin Law Firm
Stanley K. Kotovsky, Jr.
PO Box 25207
Albuquerque NM 87125
(505) 768-1500
skotovsky@tinninlawfirm.com
*Attorneys for Counter-Defendant*

Tressler LLP

*Approved via telephone on March 1, 2018*

───────────────────────────
Matthew C. Elstein
1901 Ave of the Stars Ste 450
Los Angeles CA 90067
(424) 363-9564
matt.elstein@gmail.com
*Attorneys for Defendants/Counter-Plaintiff*

Holland & Hart LLP

*Approved via email on February 22, 2018*

───────────────────────────
John C. Anderson & Julia Broggi
PO Box 2208
Santa Fe NM 87504
(505) 954-7297
jcanderson@hollandhart.com
jbroggi@hollandhard.com